JOSHUA D. HURWIT, IDAHO STATE BAR NO. 9527
UNITED STATES ATTORNEY
KASSANDRA MCGRADY, IDAHO STATE BAR NO. 8455
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
1290 WEST MYRTLE STREET, SUITE 500
BOISE, ID 83702
TELEPHONE: (208) 334-1211
FACSIMILE: (208) 334-1413

U.S. COURTS

JUL 13 2022

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> KOBE JACE MAHONEY, <br><br> Defendant. | Case No. CR 22-0139-S BLW <br><br> **INDICTMENT** <br><br> 18 U.S.C. § 2251(a), (e) <br> 18 U.S.C. § 2422(b) <br> 18 U.S.C. § 2253 <br> 18 U.S.C. § 2428 |

The Grand Jury charges:

### COUNT ONE
### Sexual Exploitation of a Minor Child
### 18 U.S.C. §§ 2251(a) and (e)

On or between September 2021 and November 23, 2021, in the District of Idaho and elsewhere, the Defendant, KOBE JACE MAHONEY, did unlawfully and knowingly employ, use, persuade, induce, entice, and coerce "Minor Victim 1," a minor born in 2008, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, and attempted to do the same, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, to-wit: a

INDICTMENT - 1

Samsung, Model SM-S111DL, cellular phone with serial number R9PR6073MZB, bearing a manufacturer's trade label "Made in China," in violation of Title 18, United States Code, Sections 2251(a) and (e).

## SPECIAL ALLEGATION

It is further alleged that the Defendant's sexual exploitation of a minor child in the manner alleged above, occurred subsequent to the Defendant's conviction under state law relating to aggravated sexual abuse, sexual abuse, or abusive sexual contact involving a minor, to-wit: KOBE JACE MAHONEY was convicted of eight counts of Rape in the Second Degree, in violation of 21 O.S. § 1116, on or about June 28, 2021, in Garvin County, Oklahoma in case number CF-2019-0262.

## COUNT TWO
### Sexual Exploitation of a Minor Child
### 18 U.S.C. §§ 2251(a) and (e)

On or between September 2021 and November 23, 2021, in the District of Idaho and elsewhere, the Defendant, KOBE JACE MAHONEY, did unlawfully and knowingly employ, use, persuade, induce, entice, and coerce "Minor Victim 1," a minor born in 2008, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, and attempted to do the same, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, to-wit: a Samsung, Model SM-S111DL, cellular phone with serial number R9PR6073MZB, bearing a manufacturer's trade label "Made in China," in violation of Title 18, United States Code, Sections 2251(a) and (e).

**INDICTMENT - 2**

### SPECIAL ALLEGATION

It is further alleged that the Defendant's sexual exploitation of a minor child in the manner alleged above, occurred subsequent to the Defendant's conviction under state law relating to aggravated sexual abuse, sexual abuse, or abusive sexual contact involving a minor, to-wit: KOBE JACE MAHONEY was convicted of eight counts of Rape in the Second Degree, in violation of 21 O.S. § 1116, on or about June 28, 2021, in Garvin County, Oklahoma in case number CF-2019-0262.

### COUNT THREE
### Coercion and Enticement of a Minor
### 18 U.S.C. § 2422(b)

On or between September 2021 and November 23, 2021, in the District of Idaho and elsewhere, the Defendant, KOBE JACE MAHONEY, using the internet, a facility and means of interstate and foreign commerce, did knowingly persuade, induce, entice and coerce "Minor Victim 1," a minor born in 2008, to engage in sexual activity for which any person can be charged with a criminal offense, to wit:  Nevada Revised Statute § 200.366(1)(b), in violation of Title 18, United States Code, Section 2422(b).

### COUNT FOUR
### Penalties for Registered Sex Offenders
### 18 U.S.C. § 2260A

The Defendant, KOBE JACE MAHONEY, committed the felony offenses involving a minor charged in Count One, Count Two, and Count Three of this Indictment at a time when he was required by state law to register as a sex offender, in violation of Title 18, United States Code, Section 2260A.

## CRIMINAL FORFEITURE ALLEGATION
### Criminal Forfeiture
### 18 U.S.C. § 2253
### Transport for Illegal Sexual Activity Forfeiture
### 18 U.S.C. § 2428

Upon conviction of the offenses alleged in Count One, Count Two, and Count Three of this Indictment, the Defendant, KOBE JACE MAHONEY, shall forfeit to the United States his interest in (1) any visual depiction described in 18 U.S.C. § 2251, and any matter, which contains any such visual depiction, which was produced, or attempted to be produced, in violation of 18 U.S.C. § 2251; (2) any property, real or personal, used or intended to be used to commit or to facilitate the commission of the foregoing offense; and (3) any property, real or personal, that constitutes or is derived from proceeds traceable to such offense; and FURTHER as described in 18 U.S.C. § 2428 the Defendant shall forfeit to the United States his interest in – any property, real or personal, used or intended to be used to commit or to facilitate the commission of such offense; any property, real or personal, constituting or derived from proceeds traceable to such offense.

The property to be forfeited includes, but is not limited to, the following:

1. Seized Property.

    a. a Samsung, Model SM-S111DL, cellular phone with serial number R9PR6073MZB, bearing a manufacturer's trade label "Made in China."

2. Substitute Assets. Pursuant to 21 U.S.C. § 853(p) and other applicable statutes, the Government will seek forfeiture of substitute assets, "or any other property of the defendant" up to the value of the Defendant's assets subject to forfeiture. The Government will do so when the property subject to forfeiture cannot be forfeited for one or more of the following reasons:

a. Cannot be located upon the exercise of due diligence;

b. Has been transferred or sold to, or deposited with, a third person;

c. Has been placed beyond the jurisdiction of the court;

d. Has been substantially diminished in value; or

e. Has been commingled with other property which cannot be subdivided without difficulty.

Dated this 12th day of July, 2022.

A TRUE BILL

/s/ [signature on reverse]

FOREPERSON

JOSHUA D. HURWIT
UNITED STATES ATTORNEY
By:

KASSANDRA MCGRADY
Assistant United States Attorney

**INDICTMENT - 5**